HAWKINS, J. Conviction is for theft of an automobile over the value of $50; punishment being two years in the penitentiary. Appellant has filed his affidavit in this court, requesting that his appeal be dismissed, and in compliance with such request it is so ordered.

---

**1**

E. V. KENNEDY v. STATE. (No. 11454.) Court of Criminal Appeals of Texas. April 11, 1928. Appeal from Harris County Court at Law; Ben F. Wilson, Judge. Adams & Perkins and C. A. Teagle, all of Houston, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J. Conviction for violating loan brokers' statute; punishment, a fine of $250. The record is before us with neither statement of facts nor bills of exception. There is no brief on file for appellant. The constitutionality of the law under which this prosecution was had has recently been upheld by this court. The complaint and information sufficiently charge the offense, and are followed by the verdict and judgment of the court. No error appearing, the judgment will be affirmed.

---

**2**

Joe LOUT v. STATE. (No. 11501.) Court of Criminal Appeals of Texas. April 4, 1928. Appeal from Shelby County Court; F. C. Powell, Judge. Sanders & Sanders, of Center, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J. Conviction for unlawfully carrying a pistol; punishment, a fine of $100. The record is before us without any bills of exception or statement of facts. The complaint sufficiently charges the offense, and is followed by the charge of the court and the judgment. No error appearing, the judgment will be affirmed.

---

**3**

Maurice McFERRIN v. STATE. (No. 11752.) Court of Criminal Appeals of Texas. March 21, 1928. Appeal from District Court, Fisher County; W. R. Chapman, Judge. J. B. Dykes, of Odessa, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J. · Conviction for transporting intoxicating liquor; punishment, 1½ years in the penitentiary. The record is before us without statement of facts or bills of exception. The indictment correctly charges the offense, and is followed by the charge of the court, the judgment and sentence. No error appearing, the judgment will be affirmed.

---

**4**

M. L. MOORE v. STATE. (No. 11753.) Court of Criminal Appeals of Texas. March 21, 1928. Rehearing Denied April 25, 1928. Appeal from District Court, Fisher County; W. R.

Chapman, Judge. A. A. Dawson, State's Atty., of Austin, for the State.

HAWKINS, J. Conviction is for possessing intoxicating liquor for the purpose of sale; punishment being one year in the penitentiary. There being in the record neither statement of facts nor bills of exception, nothing is presented for review. The judgment is affirmed.

On Motion for Rehearing.

MORROW, P. J. The fact that the record may have been filed in this court more than 90 days after adjournment is not available as a matter of which the appellant can complain. The statement in the motion for rehearing that in the verdict questions Nos. 1 and 2 were not answered "No" is not intelligible, in the absence of some explanatory matter by way of a bill of exceptions. The verdict as found in the record seems perfectly formal. It found the appellant guilty, and assessed against him a punishment of confinement in the penitentiary for one year. The case was tried upon a plea of guilty. The motion for rehearing is overruled.

---

**5**

George MORRIS v. STATE. (No. 11586.) Court of Criminal Appeals of Texas. March 21, 1928. Appeal from District Court, Haskell County; Bruce W. Bryant, Judge. Murchison & Davis, of Haskell, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

HAWKINS, J. Conviction is for possessing for the purpose of sale intoxicating liquor; punishment being one year in the penitentiary. There being neither statement of facts nor bills of exception in the record, nothing is presented for review. The judgment is affirmed.

---

**6**

Lloyd RAYBURN v. STATE. (No. 11462.) Court of Criminal Appeals of Texas. March 28, 1928. Commissioners' Decision. Appeal from Criminal District Court No. 2, Dallas County; C. A. Pippen, Judge. G. E. Sears, of Dallas, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, burglary; penalty, five years in the penitentiary. No bills of exception appear in the record. We have carefully read the statement of facts and find the evidence sufficient to support the verdict. The judgment of the trial court is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

---

**7**

R. M. REEVES et al. v. STATE. (No. 11437.) Court of Criminal Appeals of Texas. April 11, 1928. Commissioners' Decision. Appeal from Criminal District Court No. 2, Dallas County; C. A. Pippen, Judge. J. D. Kugle, W. B. Harrell, and Barry Miller, all of Dallas, for

appellants. A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. The legal question in this case is identical with that of R. M. Reeves et al. v. State of Texas (No. 11436) 4 S.W.(2d) 49, decided March 21, 1928. For the reasons pointed out in the opinion in said cause No. 11436, this court is without jurisdiction, and the appeal is dismissed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

appellants. A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. The legal question in this case is identical with that of R. M. Reeves et al. v. State of Texas (No. 11436) 4 S.W.(2d) 49, decided March 21, 1928. For the reasons pointed out in the opinion in said cause No. 11436, this court is without jurisdiction, and the appeal is dismissed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

---

**1**

R. M. REEVES et al. v. STATE. (No. 11438.) Court of Criminal Appeals of Texas. April 11, 1928. Commissioners' Decision. Appeal from Criminal District Court No. 2, Dallas County; C. A. Pippen, Judge. J. D. Kugle, W. B. Harrell, and Barry Miller, all of Dallas, for appellants. A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. The legal question in this case is identical with that of R. M. Reeves et al. v. State of Texas (No. 11436) 4 S.W.(2d) 49, decided March 21, 1928. For the reasons pointed out in the opinion in said cause No. 11436, this court is without jurisdiction, and the appeal is dismissed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the Court.

---

**2**

W. P. REEVES et al. v. STATE. (No. 11439.) Court of Criminal Appeals of Texas. April·11, 1928. Commissioners' Decision. Appeal from Criminal District Court No. 2, Dallas County; C. A. Pippen, Judge. J. D. Kugle, W. B. Harrell, and Barry Miller, all of Dallas, for appellants. A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. The legal question in this case is identical with that of R. M. Reeves et al. v. State of Texas (No. 11436) 4 S.W.(2d) 49, decided March 21, 1928. For the reasons pointed out in the opinion in said cause No. 11436, this court is without jurisdiction, and the appeal is dismissed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

---

**3**

W. P. REEVES et al. v. STATE. (No. 11440.) Court of Criminal Appeals of Texas. April 11, 1928. Commissioners' Decision. Appeal from Criminal District Court No. 2 Dallas County; C. A. Pippen, Judge. J. D. Kugle, W. B. Harrell, and Barry Miller, all of Dallas, for

---

**4**

R. M. REEVES et al. v. STATE. (No. 11680.) Court of Criminal Appeals of Texas. April 11, 1928. Commissioners' Decision. Appeal from Criminal District Court No. 2, Dallas County; C. A. Pippen, Judge. J. D. Kugle, W. B. Harrell, and Barry Miller, all of Dallas, for appellants. A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. The legal question in this case is identical with that of R. M. Reeves et al. v. State of Texas (No. 11679) 4 S.W.(2d) 50, decided March 21, 1928. For the reasons pointed out in the opinion in said cause No. 11679, the judgment of the trial court is reversed, and the cause remanded.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

---

**5**

R. M. REEVES et al. v. STATE. (No. 11681.) Court of Criminal Appeals of Texas. April 11, 1928. Commissioners' Decision. Appeal from Criminal District Court No. 2, Dallas County; C. A. Pippen, Judge. J. D. Kugle, W. B. Harrell, and Barry Miller, all of Dallas, for appellants. A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. The legal question in this case is identical with that of R. M. Reeves et al. v. State of Texas (No. 11679) 4 S.W.(2d) 50, decided March 21, 1928. For the reasons pointed out in the opinion in said cause No. 11679, the judgment of the trial court is reversed, and the cause remanded.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

---

**6**

W. P. REEVES et al. v. STATE. (No. 11682.) Court of Criminal Appeals of Texas. April 11, 1928. Commissioners' Decision. Appeal from Criminal District Court No. 2, Dallas County; C. A. Pippen, Judge. J. D. Kugle, W. B. Harrell, and Barry Miller, all of Dallas,